# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## RE-ENTRY COURT MINUTES

PRESIDING:    HONORABLE
                                              :
                                              : Interpreter:
                        ...............................................................
Defendant(s)                       Case Number(s)

Rep. from Govt:

Rep. from FPD

Proceedings:

Proceedings:

Time Start:

Time End:

Date:                                          Courtroom Deputy