PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

**Name of Offender:** Andrew Norman Overbeck  **Case Number:** 4:02-cr-00025

**Name of Sentencing Judicial Officer:** James E. Gritzner, Senior U.S. District Judge
Stephanie M. Rose, U.S. District Judge (current)

**Date of Original Sentence:** October 25, 2002

**Original Offense:** 21 U.S.C. §§ 846, 841(b)(1)(A) – Conspiracy to Distribute Methamphetamine

**Original Sentence:** 210 months imprisonment; 60 months supervised release; $15,000.00 fine

**Date Original Supervision Commenced:** November 2, 2015

**Date Current Supervision Commenced:** August 1, 2018

**Prior Modification(s)/Revocation(s):** November 25, 2015 – Participation in Reentry Court
April 15, 2016 – 20 hours of unpaid community service
July 27, 2016 – Search condition
November 3, 2016 – Supervised release revoked; 24 months imprisonment, 48 months supervised release

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Association with a Felon | On November 2, 2018, the Probation Office received information that the offender was communicating through phone and video chats with a currently incarcerated inmate at the Polk County, Iowa, Jail. The communication had been occurring since approximately October 23, 2018. To date, the offender's last known communication with the inmate occurred on December 5, 2018. |
| 2. Failure to Follow Instructions of the Probation Office | On November 12, 2018, the Probation Office instructed the offender to cease contact with the inmate. After this conversation, the offender began using a different individual's account to continue communication. The offender and inmate continued nearly daily video chats. |

### U.S. Probation Officer Action:

On December 6, 2018, the offender reported to the Probation Office for an office appointment. The Probation Office counseled the offender on the severity of his noncompliance. The Probation Office will increase the offender's reporting standards and will continue to monitor any further communication.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 7, 2018

by: _____
Amy E. Johnson
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

- [x] Does not object to the proposed action.

- [ ] Objects but does not request a formal hearing be set.

Jason T. Griess
Assistant United States Attorney

_____
Signature

- [ ] Objects and will petition the Court requesting that a formal hearing be set.

---

## THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

- [ ] Submit a request for modification of the condition or term of supervision.

- [ ] Submit a request for warrant or summons. be set.

_____
Signature of Judicial Officer

- [ ] Other: _____

_____
Date