PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

---

**Name of Offender:** Andrew Norman Overbeck  **Case Number:** 4:02-cr-00025

**Name of Sentencing Judicial Officer:** James E. Gritzner, Senior U.S. District Judge
Stephanie M. Rose, U.S. District Judge (current)

**Date of Original Sentence:** October 25, 2002

**Original Offense:** 21 U.S.C. §§ 846, 841(b)(1)(A) – Conspiracy to Distribute Methamphetamine

**Original Sentence:** 210 months imprisonment; 60 months supervised release; $15,000.00 fine

**Date Original Supervision Commenced:** November 2, 2015

**Date Current Supervision Commenced:** August 1, 2018

**Prior Modification(s)/Revocation(s):** November 25, 2015 – Participation in Reentry Court
April 15, 2016 – 20 hours of community service
July 27, 2016 – Search condition
November 3, 2016 – Supervised release revoked; 24 months imprisonment, 48 months supervised release
January 2, 2019 – One weekend jail sanction
March 18, 2019 – Residential reentry center (RRC) placement for up to 120 days
April 29, 2019 – Remain detained pending RRC placement

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Failure to Follow Rules of the RRC – Out of Place of Assignment (OPA) | On July 26, 2019, this officer received a formal violation report written on the offender for OPA hours. According to the report, between June 21 and July 4, 2019, the offender was OPA for a total of 17 hours and 32 minutes. |

**U.S. Probation Officer Action:**

While at the RRC on July 11, 2019, this officer spoke with the offender and counseled him on the severity of his noncompliance. The offender was advised he was not going to be approved for "on-call" work, as this likely led to the issue with OPA hours. During his violation hearing at the RRC on July 21, 2019, the offender was also reprimanded by adding seven hours of extra work duty at the facility.

U.S. v. Andrew Norman Overbeck (4:02-cr-00025)	Report on Offender Under Supervision

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 30, 2019

by: _____
Amy E. Johnson
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

[X] Does not object to the proposed action.

[ ] Objects but does not request a formal hearing be set.

[ ] Objects and will petition the Court requesting that a formal hearing be set.

_For_ Jason T. Griess
Assistant United States Attorney

_____
Signature

---

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a request for modification of the condition or term of supervision.

[ ] Submit a request for warrant or summons. be set.

[ ] Other: _____

_____
Signature of Judicial Officer

_____
Date