PROB 12C Addendum
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
### FOR THE
# SOUTHERN DISTRICT OF IOWA

## Addendum to the Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:**  Andrew Norman Overbeck                                    **Case Number:**  4:02-cr-00025

**Name of Sentencing Judicial Officer:**  James E. Gritzner, Senior U.S. District Judge
Stephanie M. Rose, U.S. District Judge (current)

**Date of Original Sentence:**  October 25, 2002

**Original Offense:**  21 U.S.C. §§ 846, 841(b)(1)(A) – Conspiracy to Distribute Methamphetamine

**Original Sentence:**  210 months imprisonment; 60 months supervised release; $15,000.00 fine

**Date Original Supervision Commenced:** November 2, 2015

**Date Current Supervision Commenced:**  August 1, 2018

**Prior Modification(s)/Revocation(s):**  November 25, 2015 – Participation in Reentry Court
April 15, 2016 – 20 hours of community service
July 27, 2016 – Search condition
November 3, 2016 – Supervised release revoked; 24 months imprisonment, followed by 48 months supervised release
January 2, 2019 – One weekend jail sanction
March 18, 2019 – Residential reentry center (RRC) placement for up to 120 days
April 29, 2019 – Remain detained pending RRC placement

---

### PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 11. New Law Violation – Possession with Intent to Distribute a Controlled Substance | In November 2020, a grand jury in the Southern District of Iowa indicted the offender with Possession with Intent to Distribute a Controlled Substance (Dkt. No.: 4:20-cr-193). According to the indictment, on or about September 9, 2020, the offender knowingly and intentionally possessed with the intent to distribute a controlled substance, namely 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance. |
|  | On May 17, 2021, the offender appeared before Magistrate Judge Bremer and pled guilty to Possession with Intent to Distribute 50 Grams or More of Methamphetamine, a Schedule II Controlled Substance.  The offender is scheduled to appear before Judge Rose on September 14, 2021, at 10:00 a.m. for sentencing. |

U.S. Probation Officer Recommendation:

The term of supervision should be

☒    revoked.

☐    extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 27, 2021

by:   s/ Eric R. Hermes

Eric R. Hermes
Senior U.S. Probation Officer

The United States Attorney's Office:

☒    Does not object to the proposed action.

☐    Objects but does not request a formal hearing
be set.

☐    Objects and will petition the Court requesting
that a formal hearing be set.

Amy Jennings
Assistant United States Attorney

Amy Jennings
Signature

A WARRANT FOR THE OFFENDER'S ARREST WAS PREVIOUSLY REQUESTED; THUS, NO ADDITIONAL
ORDER IS REQUESTED.

PLEASE FILE FOR USE IN THE OFFENDER'S REVOCATION HEARING.