IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA. | : |
| PLAINTIFF, | : CASE NO.: 4:02-CR-00025 |
| V. | : |
| | : |
| ANDREW NORMAN OVERBECK,, | : MOTION TO FILE MOTION TO |
| DEFENDANT. | : CONTINUE UNDER SEAL |

**COMES NOW** the Defendant and through his attorney, Van M. Plumb, hereby requests that the Court allow the Defendant to file his Motion to Continue Hearing under seal. In support of such motion it is stated that the motion contains sensitive information that should not be disseminated to the public.

WHEREFORE, it is requested that the Court enter an order sealing the Defendant's Motion to Continue.

Respectfully Submitted

Van M. Plumb AT0006380
108 3rd Street, Ste 350
Des Moines, IA 50309
Telephone: (515) 777-3257
Fax: (515) 777-3259
Email: van@vplumblaw.com
ATTORNEY FOR THE DEFENDANT

Original E-Filed:
Copy To:
US Attorney
via E-Filing

PROOF OF SERVICE
The undersigned certifies that the foregoing was served upon all parties to the above cause by serving each party, each of the attorneys of record herein at their respective addresses as shown on the pleading On July 12, 2022

By:

___X___ E-filing

_____/s/ Rachelle Reynolds_____
Signature